# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:                                                  CASE NO. 20-11304
**CONTINENTAL CINEMA CORPORATION,**
    Debtor(s)                                       CHAPTER 7

**PURSUANT TO LOCAL RULE 4001-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE.  RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS:  CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

## MOTION FOR RELIEF FROM STAY

Comes now Troy Bank and Trust Company, a banking corporation, ("TB&T") as a secured creditor in the above-captioned bankruptcy and moves for this Honorable Court to enter an order lifting the automatic stay with respect to TB&T and as grounds in support of said motion states as follows:

## COUNT I – PIKE COUNTY PROPERTY

1.    On or about November 29, 2019, TB&T made a loan to Continental Cinema Corporation, Jeffry G. Taylor, and Chase A. Taylor, which is evidenced by a Commercial Promissory Note ("Note").  A copy of the Note is attached hereto as Exhibit A.  Said loan is secured by the following Mortgages which place liens on the said real estate situated in Pike County, Alabama:

    A.    A Commercial Real Estate Mortgage from Continental Cinema Corporation, an Alabama Corporation, to Troy Bank and Trust Company dated May 29, 2008, and attached hereto as Exhibit B.  Said mortgage was subsequently corrected by a Correction Mortgage which is attached hereto as Exhibit C.

    B.    A Commercial Real Estate Mortgage from Continental Cinema Corporation, an Alabama Corporation, to Troy Bank and Trust Company dated December 27, 2010, and attached hereto as Exhibit D.

C. A Commercial Real Estate Mortgage from Continental Cinema Corporation, an Alabama Corporation, to Troy Bank and Trust Company dated November 15, 2011, and attached hereto as Exhibit E.

D. A Commercial Real Estate Mortgage from Continental Cinema Corporation, an Alabama Corporation, to Troy Bank and Trust Company dated September 30, 2015, and attached hereto as Exhibit F.

E. A Commercial Security Agreement from Continental Cinema Corporation, Jeffry G. Taylor, and Chase A. Taylor dated November 29, 2019, and attached hereto as Exhibit G.

F. A UCC Financing Statement from Continental Cinema Corporation filed with the Alabama Secretary of State on October 12, 2020, and attached hereto as Exhibit H.

2. TB&T avers that the present balance outstanding under the Note which is secured by the said collateral is $1,780,329.91 as of February 1, 2021, with per diem interest of $223.602861666.

3. TB&T shows unto the Court that the subject real estate has no equity which would benefit the estate of the Debtor and is in jeopardy of deterioration and declination in value. TB&T needs for this Court to enter an Order granting its motion for relief so that it can proceed with foreclosure, repossession and other remedies under state law and protect its security interest in the collateral.

## COUNT II – HOUSTON COUNTY PROPERTY

4. TB&T adopts and realleges Paragraphs 1 through 3 above as if fully set out herein.

5. On or about September 30, 2015, TB&T made a loan to Continental Cinema Corporation, which is evidenced by a Commercial Promissory Note ("Note"). A copy of the Note is attached hereto as Exhibit I. Said loan is secured by a Real Estate Mortgage dated August 24, 2004 from Continental Cinema Corporation to Troy Bank and Trust Company, and attached hereto as Exhibit J and thereby placing a lien on the said real estate situated in Houston County, Alabama.

6. A UCC Financing Statement from Continental Cinema Corporation filed with the Alabama Secretary of State on October 12, 2020, and attached hereto as Exhibit K.

7. TB&T avers that the present balance outstanding under the Note which is secured by said collateral is $349,830.07 as of February 1, 2021, with per diem interest of $46.513013888.

8. TB&T shows unto the Court that the subject real estate has no equity which would benefit the estate of the Debtor and is in jeopardy of deterioration and declination in value. TB&T needs for this Court to enter an Order granting its motion for relief so that it can proceed with foreclosure, repossession and other remedies under state law and protect its security interest in the collateral.

## **COUNT III – FIXTURES AND EQUIPMENT – PIKE COUNTY**

9. TB&T adopts and realleges Paragraphs 1 through 8 above as if fully set out herein.

10. On or about November 29, 2019, TB&T made a loan to Continental Cinema Corporation, which is evidenced by a Commercial Promissory Note ("Note"). A copy of the Note is attached hereto as Exhibit L. Said loan is secured by a Commercial Security Agreement dated November 29, 2019 from Continental Cinema Corporation to Troy Bank and Trust Company, and attached hereto as Exhibit M and thereby placing a lien on the said furniture, fixtures, and equipment situated in PIke County, Alabama. Said loan is further secured by a UCC Financing Statement filed with the Alabama Secretary of State on October 12, 2020 and attached hereto as Exhibit N.

11. TB&T avers that the present balance outstanding under the Note which is secured by said collateral is $27,601.04 as of February 3, 2021, with per diem interest of $4.151110277.

12. TB&T shows unto the Court that the subject real estate has no equity which would benefit the estate of the Debtor and is in jeopardy of deterioration and declination in value. TB&T needs for this Court to enter an Order granting its motion for relief so that it can proceed with foreclosure, repossession and other remedies under state law and protect its security interest in the collateral.

WHEREFORE, THE PREMISES CONSIDERED, TB&T respectfully requests that this Honorable Court enter an Order granting its motion and lifting the automatic stay so that it can proceed with foreclosure and repossession under state law. An Affidavit in Support of Motion for Relief from Stay from TB&T is further attached hereto and made a part hereof as Exhibit O.

/s/ Allen C. Jones
Allen C. Jones
Attorney for Troy Bank and Trust Company

202 W. Walnut Street
Troy, Alabama 36081
ajoneslaw@troycable.net
334-566-3605

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was electronically filed on February 3, 2021 using the United States Bankruptcy Court/Middle District of Alabama electronic filing system which will send notification and a copy of such filing to the following:

J. Kaz Espy
Attorney for Debtor
Espy, Metcalf & Espy, P.C.
P. O. Drawer 6504
Dothan, Alabama 36302
lynnia@espymetcalf.com

William C. Carn, III
Bankruptcy Trustee
P. O. Box 8665
Dothan, Alabama 36304
wcarn@billcarn.com

/s/ Allen C. Jones