Continental Cinema Corp
UCC# 402669300
405500342
405500551

EXHIBIT N

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Tonia Everage    334-305-0475

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Troy Bank and Trust Company, NMLS# 409724
4971 WEST MAIN ST
DOTHAN, AL 36305
USA

Alabama Sec. Of State
B 20-7726419.FS $15.00
Date 10/12/2020 10:38 AM $9.75
Time 201012 1 Pg $4.50
File Access Conv $29.25
Total 8207736

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

**1a. ORGANIZATION'S NAME:** CONTINENTAL CINEMA CORPORATION

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 450 US HWY 231 | TROY | AL | 36081 | USA |

**1f. JURISDICTION OF ORGANIZATION:** AL

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - (blank)

**3. SECURED PARTY'S NAME**

**3a. ORGANIZATION'S NAME:** TROY BANK AND TRUST COMPANY, NMLS# 409724

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1000 U.S. HIGHWAY 231 BY-PASS | P.O. BOX 967 | TROY | AL | 36081 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

BLANKET LIEN ON ALL FURNITURE, FIXTURES AND EQUIPMENT; ALL INVENTORY AND A/R OF CONTINENTAL CINEMA CORPORATION LOCATED AT: 450 US HWY 231, TROY, AL 36081; ASSIGNMENT OF RELIASTAR LIFE INSURANCE COMPANY, POLICY#AD20225658 (JEFFRY G. TAYLOR); AND ASSIGNMENT OF NEW YORK LIFE, POLICY #24213081 (CHASE A. TAYLOR)

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)